IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYSHEED DAVIS, **Plaintiff** | : : : |
| v. | : : CIVIL ACTION NO. 22-CV-4794 |
| PHILADELPHIA OFFICE OF THE MAYOR, *et al.*, **Defendants** | : : : : |

### ORDER

AND NOW, this 15th day of December 2022, upon consideration of Plaintiff Tysheed Davis's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **DENIED**, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.

2. If Mr. Davis seeks to continue with this case, he must remit $402 to the Clerk of Court within thirty (30) days of the date of this Order.

3. If Mr. Davis fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

_____
GENE E.K. PRATTER, J.